UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JOHN PARKER, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) and 841(b)(1)(b)(iii) |
| Defendant. | : | (Unlawful Possession with Intent to |
| | : | Distribute a Mixture or Substance which |
| | : | Contains Cocaine Base, also known as |
| | : | Crack) |
| | : | FORFEITURE: |
| | : | 21 U.S.C. §§ 853(a) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 14, 2022, within the District of Columbia, **JOHN PARKER**, did unlawfully, knowingly, and intentionally possess with intent to distribute more than 28 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute 28 Grams or more of a Mixture Containing Cocaine Base, also known as Crack**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(b)(iii))

### FORFEITURE ALLEGATION

1.      Upon conviction of any of the offenses alleged in Count One of this indictment, **JOHN PARKER** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States

will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

A TRUE BILL:

FOREPERSON.

*Matthew M. Groves /GPR*

Attorney of the United States in
and for the District of Columbia.