**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-cr-00321 (JEB)** |
| | : | |
| **JOHN PARKER,** | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO CONTINUE HEARING ON VIOLATION

The United States respectfully files this consent motion to continue the hearing on the pending supervised release violation scheduled for September 14, 2023.  In support of this request, the government states as follows:

1. Pending before the Court is a notice of violation alleging that Mr. Parker violated the conditions of his supervised release by committing another federal, state, or local crime.

2. Specifically, the Probation Office has alleged that Mr. Parker possessed a firearm on August 24, 2023.

3. That alleged firearm possession is also the subject of a new federal case pending a continued detention hearing in front of Magistrate Judge Faruqui in 23-cr-307 (JMC).

4. The continued detention hearing was originally scheduled for September 11, 2023, but the defendant tested positive for COVID.

5. It is not clear when Mr. Parker will be released from quarantine and a new date in 23-cr-307 (JMC) has not been set by the Court.

6. Time under the STA is tolled until the continued detention hearing.

7. The parties respectfully request that the Court continue by one week tomorrow's hearing in Mr. Parker's probation matter, to a time available for the Court.

8. As noted above, the defendant consents to this motion.

WHEREFORE, in light of the foregoing, the government respectfully requests that the Court continue the hearing in this matter until on or after September 21, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    /s/ *Connor Mullin*
Connor Mullin
D.C. Bar No. 981715
Assistant United States Attorney
Federal Major Crimes Section
601 D Street NW, Fifth Floor
Washington, D.C. 20530
E-mail: connor.mullin@usdoj.gov
Telephone: (202) 252-7079